**DISMISS; and Opinion Filed April 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01096-CV

### TRAN LE PHAN, Appellant
### V.
### JAMES BATHAZAR AND RONNIE PIKE, Appellees

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-01699-2012**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Justice Lang-Miers

By letter dated February 7, 2014, we informed appellant that the Court had received correspondence from Thomas Mullins, Official Court Reporter from the County Court at Law No. 1, stating that the reporter's record has not been filed in this appeal because the parties have settled. We directed appellant to file either a motion to dismiss the appeal or written verification that the appeal will proceed and that payment has been made for the reporter's record within ten days. We cautioned appellant that if we did not receive either the motion or verification regarding the appeal proceeding within the time specified, we would, without further notice, dismiss the appeal. To date, appellant has not responded to our February 7, 2014 letter.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE


131096F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRAN LE PHAN, Appellant

No. 05-13-01096-CV     V.

JAMES BATHAZAR AND RONNIE PIKE,
Appellees

On Appeal from the County Court at Law
No. 1, Collin County, Texas
Trial Court Cause No. 001-01699-2012.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and  Justice Brown
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees JAMES BATHAZAR AND RONNIE PIKE recover their costs of this appeal from appellant TRAN LE PHAN.

Judgment entered this 7th day of April, 2014.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

–3–